1276

No. 10–8281. ALLEN v. ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 10–8282. ANDERS v. THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 10–8283. BROWN v. ROBERTS, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied.

No. 10–8342. MARQUEZ v. MCNEIL, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 10–8348. RAHMAN v. NAPOLITANO, SECRETARY OF HOMELAND SECURITY, ET AL. C. A. 6th Cir. Certiorari denied.

No. 10–8362. NNURO v. HOLDER, ATTORNEY GENERAL. C. A. 5th Cir. Certiorari denied.

No. 10–8378. BONIELLA v. ASTRUE, COMMISSIONER OF SOCIAL SECURITY. C. A. 3d Cir. Certiorari denied.

No. 10–8381. BIGGS v. SMITH, SUPERINTENDENT, SHAWANGUNK CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 10–8392. ROBISON v. EVANS, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 10–8423. MCMILLIAN v. NORTON, WARDEN, ET AL. C. A. 11th Cir. Certiorari denied.

No. 10–8460. FLANAGAN v. HOBBS, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION. C. A. 8th Cir. Certiorari denied.

No. 10–8469. WARD v. TENNESSEE. Ct. Crim. App. Tenn. Certiorari denied.

No. 10–8477. GILLILLAND v. ARIZONA. Ct. App. Ariz. Certiorari denied.

No. 10–8494. WOODS v. NEVEN, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.